DATED this 6th day of December, 1990.

FROM: THE DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT, COUNTY OF YELLOWSTONE,

STATE OF MONTANA,

Plaintiff,                                        NO. DC-89-223
vs.                                                  DECISION

FRED W. SUTTON,

Defendant.

On February 13, 1990, the Defendant was sentenced to sixty (60) years for Deliberate Homicide; and was given credit for 286 days served.

On December 6, 1990, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and was represented by Joylyn Smith, of the Montana Defender Project. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence imposed shall remain the same.

The reason for the decision is based upon Rule 17 of the Sentence Review Division.